952 A.2d 1165

Ronald BLOUNT, Individually and as President of the Taxi Worker's Alliance of Pennsylvania, Arink, Inc., Raink, Inc., Audrey Cab, Inc., t/a County Cab, Sawink, Inc., Dee–Dee Cab, Inc., t/a Penn–Del Cab, Quaker City Cab, Inc., Germantown Cab Co. and Michael Etemad, Petitioners

v.

PHILADELPHIA PARKING AUTHORITY, Respondent.

Supreme Court of Pennsylvania.

May 20, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of May, 2008, the Petition for Permission to Appeal is hereby **GRANTED.**